# United States District Court
## Southern District of Georgia

BRETT SIMMONS

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 206-103

NISSAN NORTH AMERICA, INC.

☑ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

in accordance with said jury verdict, that judgment is hereby entered in favor of the defendant, NISSAN NORTH AMERICA, INC., and against the plaintiff, BRETT SIMMONS.

Approved by: _____

October 18, 2007
Date

Scott L. Poff
Clerk

_____
(By) Deputy Clerk